Pakiz

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Michael D. Valentine<br><br>*Defendant(s)* | )<br>)<br>) Case No. 2:22-mj-151<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __1/24/22 to 3/7/22__ in the county of __Gallia__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § § 841(a)(1) and (b)(1)(B)(vi) | Distribution of 40 grams or more of fentanyl |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

E. Travis Aaron S.A. FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 3/7/2022

_____
Chelsey M. Vascura
United States Magistrate Judge
Judge's signature

City and state: Columbus, Ohio

Chelsey M. Vascura, U.S. Magistrate Judge
Printed name and title

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**In the Matter of the Criminal Complaint:**
**United States of America**
                    v.
**Michael D. Valentine**
**2377 Mount Olive Road**
**Bidwell, Ohio 45686**

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, E. Travis Aaron, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, hereby depose and state as follows:

1. I, Special Agent E. Travis Aaron (your affiant), make this affidavit in support of a criminal complaint to arrest for violations of Title 21 United States Code §§ 841(a)(1) and (b)(1)(B)(vi) distribution of 40 grams or more of fentanyl, a Schedule II controlled substance. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, your affiant did not include each and every fact known concerning this investigation. Your affiant did not withhold any information or evidence that would negate probable cause. Your affiant set forth only the facts that are believed to be necessary to establish probable cause that Michael D. VALENTINE (Valentine) committed the violations listed above.

2. I am a Special Agent with the FBI assigned to the Cincinnati Division and I have been a Special Agent since September 2018. Prior to joining the FBI, I worked as a law enforcement officer in varying capacities. I began my law enforcement career in 2012 as a patrol officer in Coulterville, Illinois, where I spent three years working on all case work assigned to my jurisdiction. I transferred to Red Bud, Illinois Police Department in 2015, where I continued as a patrol officer. I helped create an educational program for narcotics that was presented to the local school district, along with certification as an Active Shooter Instructor by 4E. I transferred to Southern Illinois University-Edwardsville in 2016 as a patrol officer. I promoted to a Field Training Officer for the department prior to leaving to accept a position as a Special Agent for the FBI in 2018. While performing my duties as a Special Agent, I have participated in various investigations involving computer-related offenses and have executed numerous search warrants,

1

including those involving searches and seizures of computers, digital media, software, and electronically stored information. I have received both formal and informal training in the detection and investigation of various types of offenses, including drug trafficking offenses, computer-related offenses, and crimes against children. As part of my duties as a Special Agent, I investigate federal offenses involving criminal child exploitation, child pornography, drug trafficking and other crimes.

3. My knowledge of this investigation is based upon my own personal observations, as well as the observation and investigation conducted by other law enforcement officers knowledgeable of the facts and circumstances involved in the investigation.

4. In January of 2022, law enforcement identified a government source who had previously been provided suspected fentanyl by an individual identified by the government source as Michael Valentine. The government source had previously received an ounce of suspected fentanyl from Valentine and arranged to repay the amount of $2400 to Valentine upon their next scheduled meeting.

5. On or about January 24, 2022, law enforcement made a video-recorded, controlled, purchase of a white powdery substance sold as fentanyl from Valentine. Prior to the purchase of suspected fentanyl from Valentine, law enforcement applied a GPS tracker to the source's vehicle with his/her consent. The government source was issued a covert recording device and US Currency, which had been previously recorded by law enforcement. The government source and his/her vehicle was searched for contraband, which yielded negative results. The government source contacted Valentine by calling (740) 339-2592 and arranging to meet for a narcotic purchase. Upon arrival at the agreed-upon location, the government source provided Valentine with $2400 of pre-recorded cash for the previous exchange of suspected fentanyl. Valentine arranged to "front" (common street slang for receiving drugs with the intention of repaying the value of the drugs at a later date) the government source with an additional ounce of fentanyl for a repayment of $2400 at a later date.

6. On or about January 24, 2022, aerial surveillance observed the government source drive his/her vehicle directly to the pre-arranged meeting location to meet with Valentine. Valentine was observed to be located at a rural driveway, associated with 43 Scenic Road, Vinton, Ohio, more specifically GPS Coordinates 38.95065N, 82.3422W. Aerial surveillance observed the government source's vehicle park behind a Chevrolet Tahoe. Law enforcement

conducted drive-by surveillance and positively identified Valentine sitting in the driver's side of the Chevrolet Tahoe. Aerial surveillance observed the government source exit his/her vehicle and enter the rear passenger side of the Chevrolet Tahoe. The government source then exited the rear passenger side of the Chevrolet Tahoe and approached his/her vehicle. The government source then returned back to the driver's side of the Chevrolet Tahoe. Upon the government source returning back to his/her vehicle, Valentine exited the driver's side of the Chevrolet Tahoe, stood at the rear of the Tahoe, and then re-entered the driver's side of the Tahoe as the government source left the area. Aerial surveillance observed Valentine wait several minutes until the government source was out of sight and then Valentine continued to drive up a steep hill, to the end of the driveway, specifically to GPS Coordinates 38.95154N, 82.32603W. Aerial surveillance observed Valentine eventually proceed down the driveway, and travel to 2377 Mount Olive Road, Ohio 45631.

7. Upon leaving the Scenic Drive location, mobile units maintained surveillance of the government source until they met at a predetermined location. The government source provided law enforcement one ounce of suspected fentanyl and the recording device that had been previously issued by law enforcement. The government source advised that he/she was to repay $2400 in exchange for the one ounce of fentanyl he/she received during the meet with Valentine. Law enforcement discovered the suspected fentanyl weighed approximately 29.5 grams in its original packaging and also yielded a positive indication for the presence of fentanyl when field tested. Law enforcement positively identified the individual recorded by the government source during the narcotic purchase as Michael Valentine.

8. Based on previous contact with law enforcement, your affiant knows 2377 Mount Olive Road, Ohio 45631 to be the residence of Michael D. Valentine. Your Affiant reviewed Ohio Law Enforcement Gateway (OHLEG) for Ohio Bureau of Motor Vehicle (BMV) records relating to Valentine and identified Valentine to have a Beige 2005 Chevrolet Tahoe SUV (VIN 1GNEK13T15R258517) registered to an address at 1261 Jackson Pike, Apartment 15, Gallipolis, Ohio 45631. Further review of publicly available records from the Gallia County OH Auditor, determined 1261 Jackson Pike, Apartment 15, Gallipolis, OH 45631 to be the residence of Valentine's mother, Othella L. Close.

9. On or about February 7, 2022, aerial surveillance began at Valentine's residence, 2377 Mount Olive Rd, Bidwell, Ohio 45631, prior to a prearranged controlled narcotics

purchase. The government source advised that he/she was to meet with Valentine in the area of Bidwell, Ohio. The government source was to repay $2,400 cash from the January 24, 2022 transaction that Valentine had "fronted" for an ounce of fentanyl. A controlled audio and video-recorded undercover transaction was arranged between the government source and Valentine. A GPS tracker was affixed to the source's vehicle with his/her consent. The government source and his/her vehicle was searched for contraband with nothing found. The government source contacted Valentine by calling cellular number (740) 339-2592 and arranging to meet for a narcotic purchase. Law enforcement provided the government source with $2,400 in pre-recorded currency, a covert electronic recording device, and established mobile surveillance.

10. After the government source made the call to Valentine, aerial surveillance observed Valentine exit the residence and enter a white Dodge truck. Valentine traveled from his residence to the entrance of a rural driveway, near 43 Scenic Drive, Vinton, Ohio 45686, more specifically GPS Coordinates 38.95065N, 82.3422W. This meeting location was the same location used by Valentine on January 24, 2022. Aerial surveillance observed the government source arrive in his/her vehicle, at the entrance of the rural driveway where Valentine was parked. Valentine exited the white Dodge truck and met with the government source at the driver's window of the government source's vehicle. Valentine stood at the government source's vehicle for several minutes and then reentered the driver's side of the White Dodge truck. The government source left the area.

11. Upon leaving the Scenic Drive location, mobile surveillance units maintained surveillance of the government source. The government source met with law enforcement at a predetermined location. The government source relinquished two ounces of suspected fentanyl and the recording device. The government source and his/her vehicle was searched for contraband with nothing found. The government source advised he/she was to repay Valentine $4,800 in exchange for the two ounces of fentanyl he/she had received. The suspected fentanyl, to include the original packaging, was weighed by law enforcement at 56.68 grams. Law enforcement field-tested the substance, which determined a positive indication for the presence of fentanyl. Law enforcement positively identified the individual recorded by the government source during the narcotic purchase as Michael Valentine.

12. Your Affiant reviewed OHLEG for additional Ohio BMV records relating to Valentine. Additional review determined that Valentine has a white 2006 Dodge Truck (VIN

4

1D7HU18N965633581) registered to him using the address of 1261 Jackson Pike, Apartment 15, Gallipolis, OH 45631.

13. On or about March 7, 2022, the government source advised that he/she was to meet with Valentine in the area of Bidwell, Ohio. The government source was to repay $4,800 cash from the February 7, 2022 transaction that Valentine had "fronted" for two ounces of fentanyl. A controlled audio and video-recorded undercover transaction was arranged between the government source and Valentine. The government source and his/her vehicle was searched for contraband with nothing found. The government source contacted Valentine by calling cellular number (740) 339-2592 and arranging to meet for a narcotic purchase. Law enforcement provided the government source with $4,800 in pre-recorded currency, a covert electronic recording device, and established mobile surveillance.

14. After the government source made the call to Valentine, surveillance observed Valentine arrive in a white Dodge truck at the entrance of a rural driveway, near 43 Scenic Drive, Vinton, Ohio 45686, more specifically GPS Coordinates 38.95065N, 82.3422W. This meeting location was the same location used by Valentine on January 24, 2022 and February 7, 2022. Surveillance observed the government source arrive in his/her vehicle, at the entrance of the rural driveway where Valentine was parked. The government source exited his/her vehicle and got into the passenger side of the white Dodge Truck. The government source was in Valentine's vehicle for several minutes and then reentered his/her vehicle. The government source left the area.

15. Upon leaving the Scenic Drive location, mobile surveillance units maintained surveillance of the government source. The government source met with law enforcement at a predetermined location. The government source relinquished two ounces of suspected fentanyl, one ounce of suspected cocaine, and the recording device. The government source and his/her vehicle was searched for contraband with nothing found. The government source advised he/she was to repay Valentine $4,800 in exchange for the two ounces of fentanyl and also $1,100 in exchange for the ounce cocaine he/she had received. The suspected fentanyl, to include the original packaging, was weighed by law enforcement at approximated 57 grams. The suspected cocaine, to include the original packaging, was weighed by law enforcement at 30.85 grams. Law enforcement field-tested the substances, which determined a positive indication for the presence of fentanyl and positive indication for the presence of cocaine. Law enforcement

positively identified the individual recorded by the government source during the narcotic purchase as Michael Valentine.

    16.    Based on the forgoing factual information, your affiant submits there is probable cause to believe that Michael D. VALENTINE has committed violations of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi), distribution of 40 grams or more of fentanyl, a Schedule II controlled substance. You affiant therefore respectfully requests this court issue a criminal complaint and arrest warrant.

E. Travis Aaron
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me this __7th__ day of March, 2022.

Chelsey M. Vascura
United States Magistrate Judge
United States District Court
Southern District of Ohio

6